## A. D. YOUNGBLOOD v. STATE.
### No. 17038.

Court of Criminal Appeals of Texas.
Nov. 28, 1934.

Joe Greathouse, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder; punishment being assessed at five years in the penitentiary.

The case was submitted to the jury upon a plea of guilty. The facts found in the record amply support the verdict. No bills of exception are brought forward.

The judgment is affirmed.

---

## Geo. E. ASHBACHER, Jr., Appellant, v. PONTON–BROWN CLINIC HOSPITAL et al., Appellees.
### No. 9457.

Court of Civil Appeals of Texas.
San Antonio.
Nov. 28, 1934.

Polk & Thompson, of Pharr, for appellant.

Phillips, Trammell, Chizum, Estes & Edwards, and Clayton L. Orn, all of Fort Worth, and Strickland, Ewers & Wilkins, of Mission, for appellees.

PER CURIAM.

This appeal is from an order sustaining a plea of privilege presented by a resident of Tarrant county, who was joined as a codefendant in a suit brought in Hidalgo county against him and a resident of the latter county.

We conclude that no error is shown in the record, and accordingly the judgment will be affirmed without a written opinion, in accordance with the policy of this court, as announced in Associated Ind. Corp. v. J. M. Gatling, 75 S.W.(2d) 294.

---

## A. Y. HAYES, Plaintiff In Error, v. COMMERCIAL LOAN & TRUST COMPANY et al., Defendants in Error.
### No. 9486.

Court of Civil Appeals of Texas.
San Antonio.
Dec. 19, 1934.

Hicks, Dickson, Bobbitt & Lange, and Fagan Dickson, all of San Antonio, for plaintiff in error.

Moursund, Moursund & Bergstrom, and H. W. Moursund, all of San Antonio, for defendants in error.

PER CURIAM.

Affirmed without written opinion. See Associated Indemnity Corporation v. Gatling (Tex. Civ. App.) 75 S.W.(2d) 294.